TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-96-00359-CR

Andrew John Underwood, Appellant

v.

The State of Texas, Appellee

FROM THE DISTRICT COURT OF BURNET COUNTY, 33RD JUDICIAL DISTRICT

NO. 7773, HONORABLE CLAYTON EVANS, JUDGE PRESIDING

PER CURIAM

 This is an appeal from a judgment of conviction for aggravated sexual assault of a child. 
Appellant has filed a motion to withdraw the appeal. No decision of this Court has been delivered. The
motion is granted and the appeal is dismissed. See Tex. R. App. P. 59(b).

Before Chief Justice Carroll, Justices Aboussie and B.A. Smith

Appeal Dismissed on Appellant's Motion

Filed: April 17, 1997

Do Not Publish